IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:09cv6/EMT

REAL PROPERTY LOCATED AT
600 EAST BRAINERD STREET,
PENSACOLA, FLORIDA,
WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 9, 2009 (Doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion of the United States of America for a Final Order of Forfeiture (Doc. 26) is **GRANTED** and the motion to contest forfeiture filed by claimant Ella F. Bethea (Doc. 23) is **DENIED.**

3. The right, title and interest to all the hereinafter described real property is hereby condemned, forfeited, and vested in the United States of America.

4. The real property subject to forfeiture is as follows:

That certain house and premises located at 600 East Brainerd Street, Pensacola,

Florida, being more particularly described as:

The South 110 feet of West 35 feet of Lot 3, Block 53, East King Tract East of Tarragona Street, City of Pensacola, Escambia County, Florida, according to the map of said county copyrighted by Thomas C. Watson in 1906.

Being that same property as described in that certain warranty deed from Gladys Holly Everette Dawson Oliver, a widow, to Barbara Bethea dated February 27, 1975, as record in Book 789 at page 136, in the public records of Escambia County, Florida.

5. No person or entity has established that they have any legal right, title or interest in said property.

**DONE AND ORDERED** this 17th day of February, 2010.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**